STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. RICHARD ANDERSON, DEFENDANT-APPELLANT.

Argued November 19, 1968—Decided December 2, 1968.

*Mrs. Miriam N. Span* argued the cause for appellant (*Mr. Peter Murray,* attorney; *Mr. Richard Newman,* of counsel).

*Mr. Richard A. Mink,* Asst. County Prosecutor, argued the cause for respondent (*Mr. Leo Kaplowitz,* attorney).

PER CURIAM. The judgment is affirmed for the reasons expressed in the majority opinion of the Appellate Division, 104 *N. J. Super.* 18.

*For affirmance* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal* — None.